1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOSHUA LARK,                        ) NO. EDCV 11-00890 SVW (SS)
                                         )
12                   Petitioner,         )
                                         )
13              v.                       )        **JUDGMENT**
                                         )
14   GARY SWARTHOUT, Warden,             )
                                         )
15                   Respondent.         )
     _____)

16

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   with prejudice.

23

24   DATED: February 15, 2012

25                                       _____

26                                       STEPHEN V. WILSON
                                         UNITED STATES DISTRICT JUDGE
27

28